HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRAIG ASTOR,

                Plaintiff,

    v.

JOHNSON FISHERES, INC.,

                Defendant.

AT LAW AND IN ADMIRALTY

No. 2:22-cv-00796-RAJ-BAT

ORDER GRANTING JOINT MOTION
FOR EXTENSION OF PRETRIAL
DEADLINES

THIS MATTER came before the Court on a joint motion by all parties for an Order extending pretrial deadlines.

THIS COURT, having reviewed the Joint Motion, finds that good cause exists to allow the parties to extend pretrial deadlines.

The parties' Joint Motion is granted, and the Clerk is directed to issue a new case schedule in accordance with the parties' proposed pretrial deadlines set forth below:

//

//

Order on Joint Motion to Extend Pretrial Deadlines
*Astor v. Johnson /Case No. 2:22-00796*

Trueb & Beard, LLC
330 L Street, Suite 101
Anchorage, AK 99501
Phone: 907-277-0161

TRUEB & BEARD LLC
330 L STREET, SUITE 101
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of Expert Testimony | April 27, 2023 | July 26, 2023 |
| Disclosure of Rebuttal Expert Testimony | May 27, 2023 | August 25, 2023 |
| All motions related to discovery must be noted for consideration no later than | June 26, 2023 | September 25, 2023 |
| Discovery is to be completed by | July 24, 2023 | October 23, 2023 |
| All dispositive motions must be filed pursuant to CR 7(d) | August 21, 2023 | November 20, 2023 |
| All *Daubert* motions must be filed by (same as dispositive) | August 21, 2023 | November 20, 2023 |
| Mediation per CR 39.1(c)(3) held no later than | September 1, 2023 | November 30, 2023 |

DATED this 30th day of March, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

**Presented by:**
TRUEB & BEARD, LLC

By: *s/ Zach Berne*
    Zach Berne, WSBA #60489
    330 L Street, Suite 101
    Anchorage, AK 99501
    Phone: (907) 277-0161
    Fax: (907) 277-0164
    Email : zberne@tbmaritimegroup.com
    *Attorneys for Plaintiff*

HOLMES WEDDLE & BARCOTT, PC

By: *s/ Svetlana Spivak*
    Svetlana Spivak, WBA #30478
    3101 Western Avenue, Suite 500
    Seattle, WA  98121
    Phone: 206-292-8008
    Email: sspivak@hwb-law.com
    *Attorneys for Defendant*

Order on Joint Motion to Extend Pretrial Deadlines
*Astor v. Johnson /Case No. 2:22-00796*

Trueb & Beard, LLC
330 L Street, Suite 101
Anchorage, AK 99501
Phone: 907-277-0161

*(left margin, vertical)* TRUEB & BEARD LLC  330 L STREET, SUITE 101  ANCHORAGE, ALASKA 99501  PHONE: (907) 277-0161  FAX (907) 277-0164